Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
**HARTMAN & HARTMAN**
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com

Michael S. Budwick, Esq. #938777 – Admitted *Pro Hac Vice*
Solomon B. Genet, Esq. #617911 – Admitted *Pro Hac Vice*
Meaghan E. Murphy, Esq. #102770 – Admitted *Pro Hac Vice*
Gil Ben-Ezra, Esq. #118089 – Admitted *Pro Hac Vice*
Alexander E. Brody, Esq. #1025332 – Admitted *Pro Hac Vice*
**MELAND BUDWICK, P.A.**
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
T: (305) 358-6363
F: (305) 358-1221
mbudwick@melandbudwick.com
sgenet@melandbudwick.com
mmurphy@melandbudwick.com
gbenezra@melandbudwick.com
abrody@melandbudwick.com

Attorneys for Christina W. Lovato, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>DOUBLE JUMP, INC.<br><br>    Debtor.<br>Affects:<br>☒ DC Solar Solutions, Inc.<br>☒ DC Solar Distribution, Inc.<br>☒ DC Solar Freedom, Inc.<br>☒ Double Jump, Inc. | Lead Case No.: BK-19-50102-gs<br>(Chapter 7)<br><br>Substantively consolidated with:<br><br>\| 19-50130-gs \| DC Solar Solutions, Inc. \|<br>\| 19-50131-gs \| DC Solar Distribution, Inc. \|<br>\| 19-50135-gs \| DC Solar Freedom, Inc. \| |
| CHRISTINA W. LOVATO,<br><br>    Plaintiff,<br>v.<br><br>LONE OAK FUND, LLC,<br><br>    Defendant.<br>_____<br>LONE OAK FUND, LLC,<br><br>    Third Party Plaintiff,<br>vs. | Adversary No.: 21-05034-gs<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS SETTLED** |

1

|   |   |
|---|---|
| 1<br>2<br>3<br>4<br>5 | ANTIOCH MINI STORAGE LLC, a California limited liability company, JEFF CARPOFF, an individual, an individual PAULETTE CARPOFF, LAUREN CARPOFF, MATTHEW CARPOFF AND THE UNITED STATES OF AMERICA,<br><br>      Third Party Defendants. |

Christina W. Lovato, in her capacity as the chapter 7 trustee ("*Trustee*" or "*Plaintiff*") for the bankruptcy estates of DC Solar Solutions, Inc. ("*DCSS*"), DC Solar Distribution, Inc. ("*DCSD*"), DC Solar Freedom, Inc. ("*DCSF*") and Double Jump, Inc. ("*DJ*," and together with DCSS, DCSD and DCSF, the "*Debtors*") and Lone Oak Fund, LLC ("*Lone Oak*," together with the Debtors, the "*Parties*") stipulate and agree as follows:

1.    On or about December 9, 2021, (i) Christina W. Lovato, solely in her capacity as the chapter 7 trustee for the Debtors; (ii) W. Donald Gieseke, solely in his capacity as the chapter 7 trustee for Dora Dog Properties, LLC; (iii) Jeff Carpoff and Paulette Carpoff; (iv) Matthew Carpoff and Lauren Carpoff; (v) Paula Jordan; (vi) Antioch Mini Storage, LLC; and (vii) Lone Oak Fund, LLC entered into a settlement agreement ("*Settlement Agreement*").

2.    On or about December 29, 2021, the Court entered an order granting the Trustee's motion to approve the Settlement Agreement [ECF No. 67].

3.    In accordance with the Settlement Agreement, the Trustee and Lone Oak Fund, LLC stipulate to dismissal of the above-referenced action with prejudice.

Dated: January 18, 2022.

**HARTMAN & HARTMAN**

*/s/ Jeffrey L. Hartman*
Jeffrey L. Hartman, Esq.
Attorney for Plaintiff Christina W. Lovato

**MELAND BUDWICK, P.A.**

*/s/ Solomon B. Genet*
Solomon B. Genet, Esq.
Attorney for Plaintiff Christina W. Lovato

**WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**

*/s/ Simon Aron*
Simon Aron, Esq.
Attorney for Lone Oak Fund, LLC

2

**CERTIFICATE OF SERVICE**

I certify that on January 18, 2022, I caused to be served the following document(s):

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS SETTLED**

I caused to be served the above-named document(s) as indicated below:

✔ a. Via ECF to:

ALEXANDER E. BRODY abrody@melandbudwick.com,

ltannenbaum@melandbudwick.com;ltannenbaum@ecf.courtdrive.com ;

mrbnefs@yahoo.com

SIMON ARON saron@wrslawyers.com

MICHAEL S. BUDWICK   mbudwick@melandbudwick.com,

ltannenbaum@melandbudwick.com;ltannenbaum@ecf.courtdrive.com

SOLOMON B. GENET    sgenet@melandbudwick.com,

ltannenbaum@melandbudwick.com; ltannenbaum@ecf.courtdrive.com

JEFFREY L. HARTMAN    notices@bankruptcyreno.com,

abg@bankruptcyreno.com

CHRISTINA W. LOVATO    trusteelovato@att.net, NV26@ecfcbis.com

KEVIN C. PAULE    kpaule@melandbudwick.com,

ltannenbaum@melandbudwick.com; ltannenbaum@ecf.courtdrive.com

JOHN M. SAMBERG jsamberg@wrslawyers.com

efilingjms@wrslawyers.com

I declare under penalty of perjury that the foregoing is true and correct.

DATED: January 18, 2022.

                                        */s/Solomon B. Genet, Esq.*
                                        Solomon B. Genet, Esq.